UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZACHARY RYAN BUNTING,

    Plaintiff,

v.                                                                            Case No. 1:14-cv-765

COMMISSIONER OF SOCIAL                          Hon. Ray Kent
SECURITY,

    Defendant.
_____/

### JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  August 25, 2015           /s/ Ray Kent
                                  RAY KENT
                                  United States Magistrate Judge